**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**ROBERT DAVIS,**
Plaintiff,

Case No. 2:26-cv-13454
Hon. Terrence G. Berg
Mag. Judge Kimberly Altman

**v.**

**JOCELYN BENSON**, in her official and individual capacities as the duly elected Secretary of State for the State of Michigan, *et.al.,*
Defendants.

______________________________________________/

**ROBERT DAVIS, *Pro se***
Plaintiff
180 Eason
Highland Park, MI 48203
(313) 523-7118
Davisrobert854@gmail.com

**HEATHER S. MEINGAST (P55439)**
**ERIK GRILL (P64713)**
Assistant Attorneys General
Attorneys for Defendants Benson & Brater
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659
meingasth@michigan.gov
grille@michigan.gov

**ANTHONY CHUBB (P72608)**
Giarmarco Mullins Horton
Attorneys for Defendant Green
101 W. Big Beaver, Tenth Fl.
Troy, MI 48084
(248) 457-7000
achubb@gmhlaw.com

**JAMES HEATH**
Wayne County Corp. Counsel
**REBECCA CAMARGO** (P66013)
Principal Asst. Corp. Counsel
Attorneys for Defendant Wayne County Election Commission
500 Griswold, 21st Floor
Detroit, MI 48226
(313) 224-5312
rcamargo@waynecounty.com

______________________________________________/

# PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO FED.R.CIV.P. 65(a)

**NOW COMES,** Plaintiff, ROBERT DAVIS, in his own proper person, and for his Emergency Motion for Preliminary Injunction Pursuant to Fed.R.Civ.P. 65(a) ("Emergency Motion"), states as follows:

In this election-related matter, Plaintiff Robert Davis ("Plaintiff" or "Plaintiff Davis") seeks the entry of a preliminary injunction enjoining the Defendants Jocelyn Benson ("Defendant Secretary of State"), in her official and individual capacities as the duly elected Secretary of State for the State of Michigan, and Defendant Jonathan Brater, in his official and individual capacities as the duly appointed Director of Bureau of Elections, from enforcing the provision of Mich.Comp.Laws §24.264 of the Administrative Procedures Act (APA) requiring the prior approval of the Defendant Secretary of State before Plaintiff can initiate a state-court lawsuit under Mich.Comp.Laws 24.264 of APA challenging the validity or applicability of a "rule" promulgated under the APA.

In support of his Emergency Motion, Plaintiff relies upon the accompanying Brief in Support. Pursuant to E.D. Mich. L.R. 7.1(a), on August 12, 2025, Plaintiff sought concurrence from Defendants' counsel, in the relief sought through his Emergency Motion. As of the time of

filing this Emergency Motion, Defendants' counsel, have **not** responded to Plaintiff's request for concurrence.

## CONCLUSION

**WHEREFORE**, for the reasons set forth in the accompanying Brief in Support, Plaintiff Robert Davis prays that this Honorable Court **GRANTS** Plaintiff's Emergency Motion for Preliminary Injunction pursuant to Fed.R.Civ.P. 65(a), and **ENTERS** an order setting an expedited briefing schedule so that this matter can be scheduled for a hearing on the earliest possible date due to the impending September 18, 2026 deadline for disseminating absentee ballots for overseas military personnel for the November 3, 2026 general election.[1]

Dated: September 14, 2026

Respectfully submitted,
/s/ROBERT DAVIS
**ROBERT DAVIS, *Pro se***
Plaintiff
180 Eason
Highland Park, MI 48203
(313) 523-7118
Davisrobert854@gmail.com

[1] Pursuant to Mich.Comp.Laws §168.759a(5) of Michigan Election Law, Defendant Wayne County Election Commission must have the absentee ballots printed for overseas military personnel 45 days before the November 3, 2026 general election (September 18, 2026).

## CERTIFICATE OF SERVICE

I, ROBERT DAVIS, certify that on September 14, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court of the Eastern District of Michigan, using the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses that they have provided to the Court.

ROBERT DAVIS further certifies that on September 14, 2026, a true and correct copy of the foregoing was served upon Defendants' counsel via electronic mail (email).

Dated: September 14, 2026

Respectfully submitted,
/s/ROBERT DAVIS
**ROBERT DAVIS, *Pro Se***
Plaintiff
180 Eason
Highland Park, MI 48203
(313) 523-7118