**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**ROBERT DAVIS,**
Plaintiff,

Case No. 26-cv-13454
Hon. Terrence G. Berg
Mag. Judge Kimberly Altman

**v.**

**JOCELYN BENSON**, in her official and individual capacities as the duly elected Secretary of State for the State of Michigan,
**JONATHAN BRATER**, in his official and individual capacities as the duly appointed Director of Michigan Bureau Elections,
**MICHIGAN DEMOCRATIC PARTY,**
**GARLIN GILCHRIST, II,** an individual**,**
**ELI SAVIT,** an individual**,**
**WAYNE COUNTY ELECTION COMMISSION**,
and
**BRENDA GREEN**, in her official and individual capacities, as the duly elected City Clerk for the City of Highland Park,
Defendants.

______________________________________________/

**ROBERT DAVIS,** ***Pro se***
Plaintiff
180 Eason
Highland Park, MI 48203
(313) 523-7118
Davisrobert854@gmail.com

**HEATHER S. MEINGAST (P55439)**
**ERIK GRILL (P64713)**
Assistant Attorneys General
Attorneys for Defendants Benson & Brater
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659
meingasth@michigan.gov
grille@michigan.gov

**ANTHONY CHUBB (P72608)**
Giarmarco Mullins Horton
Attorneys for Defendant Green
101 W. Big Beaver, Tenth Fl.
Troy, MI 48084
(248) 457-7000
achubb@gmhlaw.com

**JAMES HEATH**
Wayne County Corp. Counsel
**REBECCA CAMARGO** (P66013)
Principal Asst. Corp. Counsel
Attorneys for Defendant Wayne County Election Commission
500 Griswold, 21st Floor
Detroit, MI 48226
rcamargo@waynecounty.com

______________________________________________/

# PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER (TRO) AND/OR PRELIMINARY INJUNCTION UNDER FED. R. CIV. P. 65 WITH RESPECT TO COUNT VII OF FIRST-AMENDED VERIFIED COMPLAINT (ECF NO. 20).

**NOW COMES,** Plaintiff, Robert Davis, in his own proper person, and for his Emergency Motion for Temporary Restraining Order (TRO) and/or Preliminary Injunction Under Fed. R. Civ. P. 65 With Respect to Count VII of First-Amended Verified Complaint (ECF No. 20) ("Emergency Motion"), states as follows:

## Concurrence Under E.D.Mich. L.R. 7.1(a)

Prior to filing the instant Emergency Motion, Plaintiff sought concurrence under E.D.Mich. L.R. 7.1(a) from counsel for Defendants Jocelyn Benson, Jonathan Brater and Brenda Green, but concurrence was not timely received, necessitating the filing of this Emergency Motion.

## I. Introduction/Procedural History

On September 11, 2026, Plaintiff filed his ***original*** seven-count verified complaint against original Defendants Jocelyn Benson, Secretary of State for the State of Michigan; Jonathan Brater, Director of Michigan Bureau of Elections; Wayne County Election Commission;

and Brenda Green, City Clerk for the City of Highland Park. (ECF No. 1). On September 14, 2026, Plaintiff filed a motion for preliminary injunction seeking to enjoin the enforcement portions of Mich.Comp.Laws §24.264 of the Administrative Procedures Act (APA) to allow Plaintiff to file a state-court declaratory judgment action against the Defendants Jocelyn Benson and Brenda Green in accordance with Mich.Comp.Laws §24.264 of the APA. (ECF Nos. 5,6).

The next day, on September 15, 2026, Plaintiff filed an emergency motion for declaratory judgment with respect to Plaintiff's state-law claim pled in Count VI of the ***original*** Verified Complaint. (ECF No. 7). On September 16, 2026, the Court held a telephone conference with the parties on September 16, 2026, five days after the complaint was filed. Plaintiff and counsel for Defendants participated in the teleconference and were given the opportunity to state their respective positions on the emergency motions.

On September 16, 2026, **ALL** Defendants named in the ***original*** Verified Complaint were properly served with copies of the summons and ***original*** Verified Complaint in accordance with Fed.R.Civ.P. 4(c). (ECF Nos. 10, 11, 12, 13, 14). On September 18, 2026 at approximately

5:06 p.m., the Court issued its order denying Plaintiff's Emergency Motion for Preliminary Injunction Pursuant to Fed.R.Civ.P. 65(a) [5] and denying as MOOT Plaintiff's Emergency Motion for Declaratory Judgement Under Michigan Law With Respect to Count VI [7]. (ECF No. 19). The Court also declined to exercise supplemental jurisdiction over Plaintiff's state-law claims and consequently, *sua sponte* dismissed Plaintiff's state-law claims against Defendants Brenda Green and Wayne County Election Commission. (ECF No. 19).

Federal Rule of Civil Procedure Rule 15(a)(1)(A), however, allows a party to amend a complaint once as a matter of course. Fed. R. Civ. P. 15(a)(1)(A). Rule 15(a)(1) provides "**A party may amend its pleading once as a matter of course no later than: (A) 21 days after serving it**, *or* (B) if the pleading is one to which a responsive pleading is required, 21 days after service under 12(b), (e), or (f), whichever is earlier." (emphasis supplied). "Under Rule 15(a)(1), a party may amend the complaint once as a matter of course before being served with a responsive pleading. Fed. R. Civ. P. 15(a)(1); *see Pertuso v. Ford Motor Credit Co.,* 233 F.3d 417, 421 (6th Cir. 2000) (noting that Rule 15(a) `gives plaintiffs an absolute right to amend their complaint one time

before a responsive pleading is served.')." *Broyles v. Correctional Med. Svs.,* Inc., 2009 WL 3154241 (6th Cir. 2009).

Pursuant to Rule 15(a)(1)(A), because **ALL** Defendants named in the ***original*** Verified Complaint were served with copies of the summons and ***original*** Verified Complaint, on September 22, 2026, Plaintiff timely filed an ***amended*** Verified Complaint naming new defendants and additional constitutional claims against the new and original defendants. (ECF No. 20).

## II. Mich Admin Code, R 168.48 is VOID and UNENFORCEABLE Because It Is Preempted By 52 U.S.C. §20701 Under The Supremacy Clause Of The U.S. Const. art. VI, cl. 2.

In this election-related matter, Plaintiff seeks the entry of a preliminary injunction enjoining the Defendant Jocelyn Benson ("Defendant Secretary of State"), in her official capacity as the duly elected Secretary of State for the State of Michigan, and Defendant Brenda Green ("Defendant Highland Park City Clerk"), in her official capacity as the duly elected City Clerk for the City of Highland Park, from enforcing Mich Admin Code, R 168.48 for it is **VOID** and **UNENFORCEBALE** because it is preempted by 52 U.S.C. §20701

under the Supremacy Clause of the U.S. Constitution. U.S. Const. art. VI, cl. 2.

In support of his Emergency Motion, Plaintiff relies upon the accompanying Brief in Support. As noted, pursuant to E.D. Mich. L.R. 7.1(a), on September 22, 2026, Plaintiff sought concurrence from counsel for Defendants Secretary of State and Highland Park City Clerk, in the relief sought through his Emergency Motion. As of the time of filing this Emergency Motion, counsel for Defendants Secretary of State and Highland Park City Clerk have **not** responded to Plaintiff's request for concurrence.

## CONCLUSION

**WHEREFORE**, for the reasons set forth in the accompanying Brief in Support, Plaintiff Robert Davis prays that this Honorable Court **GRANTS** Plaintiff's Emergency Motion for Temporary Restraining Order (TRO) and/or Preliminary Injunction Under Fed. R. Civ. P. 65, and **ENTERS** an order setting an expedited briefing schedule so that this matter can be scheduled for a hearing on the earliest possible date due to the impending November 3, 2026 general election.

Dated: September 23, 2026

Respectfully submitted,
/s/ROBERT DAVIS
**ROBERT DAVIS, *Pro se***
Plaintiff
180 Eason
Highland Park, MI 48203
(313) 523-7118
Davisrobert854@gmail.com

**CERTIFICATE OF SERVICE**

I, ROBERT DAVIS, certify that on September 23, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court of the Eastern District of Michigan, using the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses that they have provided to the Court.

Dated: September 23, 2026

Respectfully submitted,
/s/ROBERT DAVIS
**ROBERT DAVIS, *Pro Se***
Plaintiff
180 Eason
Highland Park, MI 48203
(313) 523-7118