STATE OF MICHIGAN
SECRETARY OF STATE

***In re:*** **Robert Davis' Sworn Complaint Challenging Validity of Affidavit of Identity Filed On August 31, 2026 By Garlin Gilchrist, II, Democratic Party Nominee for Secretary of State, To Qualify for November 3, 2026 General Election Ballot.**

______________________________________________/

ROBERT DAVIS
Complainant
180 Eason
Highland Park, MI 48203
Davisrobert854@gmail.com

______________________________________________/

**SWORN COMPLAINT OF ROBERT DAVIS CHALLENGING VALIDITY OF AFFIDAVIT OF IDENTITY FILED ON AUGUST 31 2026 BY GARLIN GILCHRIST II, DEMOCRATIC PARTY NOMINEE FOR SECRETARY OF STATE.**

ROBERT DAVIS, a natural person, being first duly sworn and deposed, and under the penalty of perjury states the following:

1. That I am the complainant in the above-entitled matter.
2. That I have first-hand knowledge as to the facts stated, pled and alleged herein.
3. That I am a qualified and registered voter of the city of Highland Park, County of Wayne, State of Michigan.
4. That I am currently a registered member of the Michigan Democratic Party.

5. That I attended and was physically present at the Michigan Democratic Party's August 29, 2026 Fall State Nominating Convention held in Lansing, MI at the Lansing Convention Center.

6. That at the Michigan Democratic Party's August 29, 2026 Fall State Nominating Convention, I openly and vocally voted **"NAY"** in opposition to the nomination of Garlin Gilchrist, II as the Michigan Democratic Party's nominee for Secretary of State.

7. That effective June 8, 2026, Mich Admin Code, R 168.1 through 168.6 governs challenges to candidates' affidavits of identity. (**See Secretary of State's Promulgated Rules, Mich Admin Code, R 168.1 through R 168.6, as amended effective June 8, 2026 attached**).

8. Thus, this sworn complaint challenging the validity of Garlin Gilchrist II's affidavit of identity filed with the Secretary of State on August 31, 2026, is governed by Mich Admin Code, R 168.1 through R 168.6, as amended effective June 8, 2026.

9. This sworn complaint challenging the validity of Garlin Gilchrist's affidavit of identity filed with the Secretary of State on August 31, 2026 has been properly sworn before a notary public and timely filed in accordance with pursuant to R 168.5, as amended effective June 8, 2026.

## SECRETARY OF STATE HAS STATUTORY LEGAL DUTY UNDER R 168.2(3) TO COMPARE STATEMENTS IN AN AFFIDAVIT OF IDENTITY TO CAMPAIGN FINANCE RECORDS MAINTAINED BY SECRETARY OF STATE AND COUNTY CLERKS *BEFORE* CERTIFYING A CANDIDATE.

10. Mich Admin Code, R 168.2(3) provides:

> (3) The filing official shall examine the campaign finance records of the secretary of state and county clerk for any county in which the candidate previously sought nomination or election, if applicable, to determine whether the candidate made a false statement in the affidavit of identity.

11. Recently, the Michigan Court of Appeals had an opportunity to analyze and interpret Mich Admin Code, R 168.2(3) and MCL 168.558. In *Wilcoxon v Garrett,* unpublished per curiam opinion of Court of Appeals, issued July 22, 2026 (Docket No. 375547); slip op at 5, the Court of Appeals held: "**Rule 168.2(3) now expressly requires that an officer *must* compare statements in an affidavit of identity to campaign records for state and county *before* certifying a candidate**[.]" (emphasis supplied).

12. The Court of Appeals in *Wilcoxon, supra,* further held: "**Amendments have been made to both MCL 168.558(4) and Rule 168.2(3) to require that officials check state and county records to ensure that a candidate has made accurate statements in the affidavit.**" *Wilcoxon*, slip op 5 (emphasis supplied).

13. Pursuant to MCL of 168.558(1) of Michigan Election Law, a political party's nominee for Attorney General must file their affidavit of identity with the Secretary of State "within 1 business day after being nominated" at the party's fall state convention. See *Davis v Secretary of State*, unpublished per curiam opinion of Court of Appeals, issued August 24, 2026 (Docket No. 382032); slip op pp 6-8.

14. Therefore, under R 168.2(3), the Secretary of State, as the filing official that is responsible for accepting a political party's nominee for Attorney General's affidavit of identity is required to "**perform some investigation into the status of each candidate's campaign finance records history *before* certifying that candidate's name to appear on a ballot**." *Wilcoxon*, slip op at p 6 (emphasis supplied).

## GARLIN GILCHRIST, II, DEMOCRATIC NOMINEE FOR SECRETARY OF STATE, FILED A FALSE AFFIDAVIT OF IDENTITY ON AUGUST 31, 2026 BECAUSE AS OF AUGUST 31, 2026, ALL CAMPAIGN FINANCE STATEMENTS OR REPORTS "REQUIRED OF" GARLIN GILCHRIST, II OR A CANDIDATE COMMITTEE ORGANIZED FOR THE BENEFIT OF HIS ELECTION TO OFFICE WERE NOT FILED.

15. "The filing of certain documents—including AOIs—is governed by MCL 168.558." *Reed-Pratt v Detroit City Clerk*, 339 Mich.App. 510,__; 984 NW2d 794, 797-798 (2021), quoting *Nykoriak v. Napoleon,* 334 Mich.App. 370, 375-377, 964 N.W.2d 895 (2020).

16. "The failure to supply a facially proper affidavit of identity (AOI), i.e., an affidavit that conforms to the requirements of the Election Law, is a ground to disqualify a candidate from inclusion on the ballot." *Stumbo v. Roe,* 332 Mich.App. 479, 481; 957 N.W.2d 830 (2020).

17. Moreover, "[c]andidates are required to strictly comply with MCL 168.558." *Reed-Pratt v Detroit City Clerk*, 339 Mich.App. 510,__; 984 NW2d 794, 798 (2021), citing *Nykoriak,* 334 Mich.App. at 377, 964 N.W.2d 895.

18. "[I]f a candidacy applicant has failed to comply with the statutory requirements, the election officials have a clear legal duty not to certify the applicant." *Moore v Genesee County*, 337 Mich.App. 723, ___; 976 NW2d 921, 927 (2021).

19. According to the Secretary of State's public website that contains an up-to-date listing of candidates who are being recommended to be certified to appear on the November 3, 2026 general election ballot, **on August 31, 2026**, pursuant to MCL 168.558(1) of Michigan Election Law, Garlin Gilchrist filed his affidavit of identity with the Secretary of State to qualify for Secretary of State.[1]

[1] See https://mi-boe.entellitrak.com/etk-mi-boe-prod/page.request.do?page=page.miboePublicReport&electionType=GEN&electionYear=2026 (last accessed on September 1, 2026 at 3:22 a.m.)

20. Pursuant to MCL 168.558(4) of Michigan Election Law, provides in relevant part:

> (4) **An affidavit of identity must include a signed and notarized statement** ***that as of the date of the affidavit, all statements, reports,*** **late filing fees, and fines** ***required of the candidate or any candidate committee organized to support the candidate's election*** **under the Michigan campaign finance act, 1976 PA 388, MCL 169.201 to 169.282,** ***have been filed*** **or paid**; .... **An officer shall not certify to the board of election commissioners the name of a candidate** who fails to comply with this section, ***or the name of a candidate who executes an affidavit of identity that contains a false statement with regard to any information or statement required under this section***. [emphasis supplied].

21. A review of the Secretary of State's campaign finance database has revealed, however, that Garlin Gilchrist's candidate committee organized for his candidacy for Governor of Michigan failed to file required campaign statements under MCL 169..228(3) of the Michigan Campaign Finance Act (MCFA).

**The Garlin Gilchrist for Governor Candidate Committee Failed To File Campaign Statements Required Under MCL 169.228(3) of MCFA.**

22. According to the Secretary of State's campaign finance database, on March 6, 2025, Garlin Gilchrist, II filed an original Statement of Organization with the Secretary of State for the Garlin Gilchrist for Governor Candidate Committee (Id. #521896), which was organized to

support Garlin Gilchrist's candidacy for Governor as a representative of the Michigan Democratic Party.[2]

23. MCL 169.228(3) of MCFA provides:

> (3) **Accompanying a campaign statement reporting the receipt of a contribution from a *person whose treasurer does not reside in, whose principal office is not located in, or whose funds are not kept in this state, shall be a statement certified as true and correct by an officer of the contributing person setting forth the full name, address, along with the amount contributed, of each person who contributed to the total amount of the contribution*.** The occupation, employer, and principal place of business shall be stated for each person who contributed more than $100.00. **This subsection does not apply if the contributing person *is registered* as a committee under section 24.** [emphasis supplied.]

24. MCL 169.211(2) of MCFA defines "person" to mean:

> (2) **"Person" means a** business, individual, proprietorship, limited liability company, firm, partnership, joint venture, syndicate, business trust, labor organization, company, corporation, **association, committee, or any other organization or group of persons acting jointly**. [emphasis supplied.]

25. On July 25, 2025, the Garlin Gilchrist for Governor Candidate Committee filed its July 2025 Quarterly Campaign Statement, which reported having received a contribution in the amount of $8,325 from the Democratic Lieutenant Governor Association (DLGA) PAC. **(See p 592 of 2650 of the Garlin Gilchrist for Governor Candidate**

[2] See https://mi-boe.entellitrak.com/etk-mi-boe-prod/page.request.do?page=page.miboeCommitteePublicSearch (last accessed on September 1, 2026 at 6:27 a.m.)

**Committee's July 2025 Quarterly Campaign Statement attached).**[3]

26. On the Garlin Gilchrist for Governor Candidate Committee's July 2025 Quarterly Campaign Statement, it lists the Democratic Lieutenant Governor's Association (DLGA) PAC's address as: 1090 Vermont Ave., NW Ste 750, Washington, D.C. 20005-4970. **(See p 592 of 2650 of the Garlin Gilchrest for Governor Candidate Committee's July 2025 Quarterly Campaign Statement attached).**[4]

27. A review of the Secretary of State's campaign database, however, has revealed that the Democratic Lieutenant Governor's Association (DLGA) PAC was **DISSOLVED** as a Political Action Committee (PAC) **effective February 24, 2021. (See Secretary of State's February 24, 2021 Letter Granting Dissolution of Democratic Lieutenant Governor's Association PAC attached).**

28. The Democratic Lieutenant Governor's Association (DLGA) PAC had requested DISSOLUTION of its Michigan PAC on October 26, 2020 with the filing of its campaign statement. **(See Democratic**

---

[3] See https://mi-boe.entellitrak.com/etk-mi-boe-prod/page.request.do?page=page.miboeCommitteePublicSearch (last accessed on September 1, 2026 at 6:36 a.m.)

[4] See https://mi-boe.entellitrak.com/etk-mi-boe-prod/page.request.do?page=page.miboeCommitteePublicSearch (last accessed on September 1, 2026 at 6:46 a.m.)

**Lieutenant Governor's Association PAC October 26, 2020 Request for Dissolution attached**).

29. The Democratic Lieutenant Governor's Association (DLGA) PAC's October 26, 2020 request for Dissolution lists the name and address of its Treasurer as follows:

> ROSHAN PATEL
> 1090 Vermont Ave NW Ste 750
> Washington, DC 20005

30. Although the Democratic Lieutenant Governor's Association (DLGA) is no longer registered as a PAC under MCL 169.224 of MCFA, the Democratic Lieutenant Governor's Association (DLGA) is registered with the Federation Election Commission (FEC) **under Federal Law**. **(See DLGA's FEC Statement of Organization attached)**.

31. The FEC Statement of Organization lists DLGA's official bank and depository as Amalgamated Bank, 1825 K Street, NW, Washington, DC 20006.

32. Pursuant to MCL 169.228(3) of MCFA, because the Democratic Lieutenant Governor's Association (DLGA) is a "***person whose treasurer does not reside in, whose principal office is not located in, or whose funds are not kept in this state,"*** the Garlin Gilchrist for Governor Candidate Committee was "required" to file a "***a statement certified as true and correct by an officer of the contributing person setting forth the full name, address, along***

***with the amount contributed, of each person who contributed to the total amount of the contribution.***"

33. MCL 169.228(3) applies to the Democratic Lieutenant Governor's Association's PAC's (DLGA) $8,325 contribution because as of the date of the contribution DLGA was **NOT and IS NOT** registered as a committee under MCL 169.224 of the MCFA.

**Garlin Gilchrist for Governor Committee's Failure To File Statement Under MCL 169.221(4) of MCFA For Having A Treasurer That Is NOT A Qualified Elector and Nonresident of Michigan.**

34. On March 6, 2025, Garlin Gilchrist filed the original Statement of Organization for the Garlin Gilchrist for Governor Candidate Committee (Id #521896), which lists nonresident Jay Peterson as the Treasurer.[5]

35. The address listed on the Garlin Gilchrist for Governor Candidate Committee's original and amended Statements of Organization for Jay Peterson is as follows[6]:

122 C St., NW Ste. 360
Washington, DC 20001

---

[5] See https://mi-boe.entellitrak.com/etk-mi-boe-prod/page.request.do?page=page.miboeCommitteePublicSearch (last accessed on September 1, 2026 at 7 a.m.)

[6] See https://mi-boe.entellitrak.com/etk-mi-boe-prod/page.request.do?page=page.miboeCommitteePublicSearch (last accessed on September 1, 2026 at 7 a.m.)

36. In fact, on Blue Wave's website, in his company profile, Jay Peterson lists his residence as being outside of the State of Michigan.[7]

37. MCL 169.221(4) of MCFA governs candidate committee's that have a nonresident serving as Treasurer.

38. MCL 169.221(4) of MCFA provides, in relevant part:

> ***A committee with a nonresident treasurer shall file, with its statement of organization,* an irrevocable written stipulation, signed by the treasurer, agreeing that legal process affecting the committee, served on the secretary of state or an agent designated by the secretary of state, has the same effect as if personally served on the committee.** This appointment remains in force as long as any liability of the committee remains outstanding within this state. [emphasis supplied.]

39. Although MCL 169.221(2) of the MCFA mandates that "[a] candidate committee must have a treasurer who is a qualified elector of this state", the Garlin Gilchrist for Governor Candidate has defied this statutory requirement and appointed a nonresident to serve as Treasurer, and thus, the filing requirements of MCL 169.221(4) applies.

40. As of August 31, 2026 and September 1, 2026, the Garlin Gilchrist for Governor Candidate Committee has **NOT** filed the stipulation signed by its nonresident Treasurer required under MCL 169.221(4).

---

[7] See https://www.bluewavepolitics.com/our-team-1 (last accessed on September 1, 2026 at 7:07 a.m.)

**Garlin Gilchrist for Michigan Committee's Failure To File Statement Under MCL 169.221(4) of MCFA For Having A Treasurer That Is NOT A Qualified Elector and Nonresident of Michigan.**

41. This same filing deficiency is true for Garlin Gilchrist for Michigan Candidate Committee (Id. #0612275), which was organized for the purpose of supporting Garlin Gilchrist's candidacy for Secretary of State.[8]

42. The Garlin Gilchrist for Michigan Candidate Committee also lists a nonresident as the Treasurer.

43. The Garlin Gilchrist for Michigan Candidate Committee lists nonresident Sean White as Treasurer.

44. The Garlin Gilchrist for Michigan Candidate Committee, as of August 31, 2026 and September 1, 2026 has **NOT** filed the stipulation signed by its nonresident Treasurer required under MCL 169.221(4).

45. That to the best of my knowledge, information and belief, all of the facts and allegations stated herein in each numbered paragraph are true and correct.

46. If called and sworn as a witness, I am competent to testify as to the facts stated herein.

[8] See https://mi-boe.entellitrak.com/etk-mi-boe-prod/page.request.do?page=page.miboeCommitteePublicSearch (last accessed on September 1, 2026 at 7:20 a.m.)

47. Please send all responses to this sworn challenge to my email address:

davisrobert854@gmail.com

**FURTHER AFFIANT SAYETH NOT.**

9/1/26

**ROBERT DAVIS**

Subscribed and sworn to before me

On this 1 day of September, 2026

**Notary Public Signature**

Brianna Daniels

**Printed Name of Notary Public**

State of Michigan, County of Macomb

My Commission Expires 12/20/29

Acting in the County of Oakland

BRIANNA DANIELS
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires December 20, 2029
Acting in the County of Oakland