# MINUTES OF MEETING
# WAYNE COUNTY ELECTION COMMISSION
# TUESDAY, SEPTEMBER 8, 2026 – 11:00 A.M.
## COLEMAN A. YOUNG MUNICIPAL CENTER
## 2 WOODWARD AVENUE, ROOM 211
## DETROIT, MICHIGAN 48226
## **Meeting held in person & via Zoom Video Conferencing**

---

**Call to Order:** The meeting was called to order at 11:33 a.m.

**Members present:** Honorable Cathy M. Garrett, Secretary - Wayne County Clerk
Honorable Eric Sabree, Wayne County Treasurer

**Members absent:** Honorable David Braxton Chief Judge, Probate Court (excused)

**Also present:** Rebecca Camargo, Principal Atty, Wayne County Corp. Counsel
Gregory Mahar, Director, Wayne County Elections
Jennifer Redmond, Deputy Director, Wayne County Elections
En'Joli Conley, Administrative Assistant, Wayne County Elections
Edward McRae, Administrative Assistant, Wayne County Elections
Carly McIntosh, Administrative Assistant, Wayne County Elections
Ruben Napiorkowsi, Administrative Assistant, Wayne County Elections
Alexis Ramsey Robert Davis
Sheila Cummings

**Agenda item:** **Consideration of Agenda approval**

**Board action on agenda item:** Chair Sabree requested a motion to adopt the agenda. Chair Sabree indicated that there was request received from Robert Davis to be added to the agenda. Member Garrett, duly supported by Chair Sabree, moved to amend the agenda adding the correspondence as item 5B. The motion was adopted unanimously by a voice vote.

**Agenda item:** **Approval of Minutes of August 3, 2026**

**Board action on agenda item:** Chair Sabree requested a motion to approve the minutes of the meeting held on August 3, 2026. Member Garrett, duly supported by Chair Sabree, moved to approve the minutes of August 3, 2026. The motion was adopted unanimously by a voice vote.

**Agenda item:** **Approval of Minutes of August 20, 2026**

**Board action on agenda item:** Chair Sabree requested a motion

PROPOSED

to approve the minutes of the meeting held on August 20, 2026. Member Garrett, duly supported by Chair Sabree, moved to approve the minutes of August 20, 2026. The motion was adopted unanimously by a voice vote.

**Agenda item: 5B Request from Robert Davis**

Chair Sabree stated that before hearing from Mr. Davis, the Commission would like to hear from Corporation Counsel Camargo. Corporation Counsel Camargo indicated that Mr. Davis lacks standing to present the appeal to this body. She advises that MCL 169.215 explicitly states that there is no private right of action. His only recourse based on the allegations is to file a complaint with the Secretary of State's office regarding these violations. Chair Sabree questioned if they were able to consider Mr. Davis's request. Corporation Counsel stated that Mr. Davis does not have standing and it would be futile to proceed with consideration.

Chair Sabree indicated that Mr. Davis's comments will be reserved for public comment based on the advice of Counsel. Mr. Davis requested clarity that he would not be allowed to proceed with his request based on Corporation Counsel's flawed legal analysis. Chair Sabree confirmed.

Mr. Davis requested that both members recuse themselves from voting as it may be a conflict of interest considering both members' roles with the Michigan Democratic Party.

**Agenda item: Acceptance of the Official Candidate List for the November 3, 2026 General Election as presented by the Wayne County Clerk**

**Board action on agenda item:** Chair Sabree requested a motion Member Garrett duly supported by Chair Sabree, moved for acceptance of the Official Candidate List for the November 3, 2026 General Election as presented by the Wayne County Clerk. The motion was adopted unanimously by a voice vote.

**Agenda item: Approval of Ballot Printing for the November 3, 2026 General Election**

**Board action on agenda item:** Chair Sabree requested a motion for approval of ballot printing for the November 3, 2026 General Election. Member Garrett, duly supported by Chair Sabree, moved for approval of ballot printing for the November 3, 2026 General Election with Election Director Mahar and/or Deputy Director Redmond be allowed to adjust the ballot in accordance with any

PROPOSED

court rulings relative to the November 3, 2026 General Election candidates. The motion was adopted unanimously by a voice vote.

**Agenda item:** **New Business.** None from the Department or Corporation Counsel

**Agenda item:** **Public Comment.** Mr. Davis requested a copy of the motion made by Clerk Garrett.

**Agenda item:** **Adjournment.** Chair Sabree requested a motion to adjourn. Member Garrett duly supported by Chair Sabree, moved to adjourn the meeting. The motion was adopted unanimously by a voice vote.

Meeting adjourned at 11:46 a.m.

PROPOSED