UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT DAVIS,

Plaintiff,

v

No. 26-13454

JOCELYN BENSON, in her official and individual capacities as the duly elected Secretary of State for the State of Michigan, JONATHAN BRATER, in his official and individual capacities as the duly appointed Director of Michigan Bureau Elections, WAYNE COUNTY ELECTION COMMISSION, and BRENDA GREEN, in her official capacity as the duly elected City Clerk for the City of Highland Park,

HON. TERRENCE G. BERG

MAG. KIMBERLY G. ALTMAN

Defendants.
_______________________________________________/

**DEFENDANTS' SECRETARY OF STATE JOCELYN BENSON AND DIRECTOR OF ELECTIONS JONATHAN BRATER'S BRIEF IN OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**EXHIBIT LIST**

A. Administrative Record
B. Affidavit of Deputy Director of Elections Adam Fracassi
C. *McQueer v Benson, et al* Court of Claims Complaint
D. *McQueer v Benson, et al* Court of Claims 08/13/2026 Order
E. *McQueer v Benson, et al* Court of Claims 08/27/2026 Order
F. Declaratory Ruling Requests and Response