# EXHIBIT D

# STATE OF MICHIGAN

# COURT OF CLAIMS

MICHELLE MCQUEER, individually and in her official capacity as Clerk of the Township of Bridgewater,

Plaintiff,

v

JOCELYN BENSON, in her official capacity as Michigan Secretary of State, JONATHAN BRATER, in his official capacity as Director of Elections, and MICHIGAN DEPARTMENT OF STATE,

Defendants.

______________________________________ /

Case No. 26-000172-MZ

Hon. Michael J. Riordan

**ORDER GRANTING EXPEDITED CONSIDERATION, SETTING INITIAL SCHEDULE, AND TEMPORARILY PRESERVING EVIDENCE**

On August 12, 2026, plaintiff filed a complaint, motion for temporary restraining order, and motion for a preliminary injunction challenging Mich Admin Code, R 168.48's requirement that "the electronic pollbook software and associated files must be deleted from all devices by the seventh day following the final canvass and certification of the election." Because that date is fast approaching, the Court will consider this matter on an expedited basis. To that end:

1. The Court DIRECTS plaintiff to serve on defendants all material filed in this Court along with this order by **2:00 p.m. on Thursday, August 13, 2026.**

2. The Court DIRECTS defendants to file responses to plaintiff's complaint and motions by **4:00 p.m. on Thursday, August 20, 2026.**

3. If defendants respond to the complaint with a motion for summary disposition, plaintiff's response to that motion must be filed by **4:00 p.m. on Monday,**

**August 24, 2026**. Defendants may file a reply brief by **4:00 p.m. on Wednesday, August 26, 2026**.

4. Plaintiff may only file reply briefs in support of the motions for a preliminary injunction and temporary restraining order upon leave of the Court.

5. The Court will schedule oral argument or an evidentiary hearing if deemed necessary upon reviewing the pleadings.

6. The Court DIRECTS defendants to preserve "the electronic pollbook software and associated files" in a secure manner pending the resolution of this matter.

Date: August 13, 2026

Michael J. Riordan
Judge, Court of Claims

Court of Claims
State of Michigan