UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT DAVIS,

Plaintiff,

v

JOCELYN BENSON, in her official and individual capacities as the duly elected Secretary of State for the State of Michigan, JONATHAN BRATER, in his official and individual capacities as the duly appointed Director of Michigan Bureau Elections, WAYNE COUNTY ELECTION COMMISSION, and BRENDA GREEN, in her official capacity as the duly elected City Clerk for the City of Highland Park,

Defendants.

No. 26-13454

HON. TERRENCE G. BERG

MAG. KIMBERLY G. ALTMAN

---

**STATE DEFENDANTS' BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS**

**EXHIBIT LIST**

1. *Davis v. Benson*, 09/04/2026 Order
2. Affidavit of Adam Fracassi
3. MDOS Response to 08/22/2026 Request
4. 09/21/2026 and 09/22/2026 Requests and 09/30/2026 Response
5. *McQueer v. Benson, et al* Complaint
6. *McQueer v. Benson, et al* 08/13/2026 Order
7. *McQueer v. Benson, et al* 09/22/2026 Order