# EXHIBIT
# 3

**AFFIDAVIT OF CONNOR THOMPSON**

I, Connor Thompson, being duly sworn, state as follows:

1. I am a Director of Project Management with The Detroit Legal News dba Inland Press. This affidavit is based on personal knowledge. I am competent to testify to the facts stated herein.

2. The Detroit Legal News dba Inland Press has a contract with the Wayne County Clerk to print ballots of the 2026 General Election. As Director of Project Management, my job responsibilities include coordinating the production, packaging and distribution of election ballots.

3. I have performed these responsibilities for The Detroit Legal News dba Inland Press for 8 years.

4. The Election date is Tuesday, November 3rd, 2026.

5. The Election Commission must deliver absent voter ballots to the County Clerk at least 47 days before any election or primary election. MCL 168.713. Thus, the Election Commission must deliver absent voter ballots to the County Clerk by September 17th, 2026.

6. The County Clerk must deliver absent voter ballots to the local clerks at least 45 days before the election. MCL 168.714. Thus, the county clerk must distribute absent voter ballots to the local clerks by September 19th, 2026.

7. The local clerks must begin distributing absent voter ballots to military voters not later than 45 days before the election. MCL 168.759a(5). Thus, the local clerk must begin distributing absent voter ballots to military voters not later than September 19th, 2026.

8. Time must be allotted for ballot proofs to be printed, distributed to candidates, reviewed and corrected. MCL 168.711.

9. The ballot printing process is complex and includes programming, typesetting, printing proof ballots, distributing proof ballots to local communities and candidates, and reviewing

and correcting ballots.

10. To guarantee meeting the deadlines listed above I will need an official approved ballot pdf from the county no later than September 9th, 2026.

11. The cost to print the Wayne County ballots is approximately $500,000.

CONNOR THOMPSON

Subscribed and sworn to before

me on this 2nd day of September, 2026

MICHELLE SIERRA-GUTIERREZ
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires June 23, 2031
Acting in the County of Wayne