UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT DAVIS,

Plaintiff,

v

JOCELYN BENSON, in her official and individual capacities as the duly elected Secretary of State for the State of Michigan, JONATHAN BRATER, in his official and individual capacities as the duly appointed Director of Michigan Bureau Elections, WAYNE COUNTY ELECTION COMMISSION, and BRENDA GREEN, in her official capacity as the duly elected City Clerk for the City of Highland Park,

Defendants.

No. 26-13454

HON. TERRENCE G. BERG

MAG. KIMBERLY G. ALTMAN

---

**STATE DEFENDANTS' CONCURRENCE IN DEFENDANT WAYNE COUNTY ELECTION COMMISSION'S BRIEF IN OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Defendants Michigan Secretary of State Jocelyn Benson and Director of Elections Jonathan Brater ("the State Defendants") concur in Co-Defendants Wayne County Election Commission's opposition to Plaintiff's motion for temporary restraining order and preliminary injunction, (ECF No. 42). The State Defendants incorporate the arguments presented in that brief in opposition under

Fed. R. Civ. Proc. 10(c), and state that Plaintiff Robert Davis has not demonstrated either a likelihood of success on the merits or any irreparable harm to himself in the absence of injunctive relief, and also that the harm to the public and to others that would be caused by the requested injunction far outweighs any claimed harm to the Plaintiff.

As a result, the State Defendants respectfully request that this Honorable Court deny Plaintiff's motion for a temporary restraining order or preliminary injunction.

Respectfully submitted,

*/s/Erik A. Grill*
Erik A. Grill (P64713)
Heather S. Meingast (P55439)
Assistant Attorneys General
Attorneys for Defendants Benson and Brater
PO Box 30736
Lansing, Michigan 48909
517.335.7659
meingasth@michigan.gov
grille@michigan.gov
P64713

Dated: October 9, 2026

**PROOF OF SERVICE**

I hereby certify that on October 9, 2026, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to all parties and counsel of record.

*/s/Erik A. Grill*
Erik A. Grill (P64713)
Assistant Attorney General