**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**ROBERT DAVIS,**
Plaintiff,

Case No. 26-cv-13454
Hon. Terrence G. Berg
Mag. Judge Kimberly Altman

**v.**

**JOCELYN BENSON**, in her official and individual capacities as the duly elected Secretary of State for the State of Michigan, *et.al.,*
Defendants.
_____________________________________/

**PLAINTIFF'S EMERGENCY MOTION TO SUPPLEMENT THE RECORD WITH RESPECT TO PLAINTIFF'S MOTIONS FOR TRO/PRELIMINARY INJUNCTION FOR COUNTS VIII AND IX OF AMENDED VERIFIED COMPLAINT [20] (ECF NOS. 29 & 30).**

**NOW COMES**, Plaintiff, Robert Davis, in his own proper person, and for his Emergency Motion To Supplement The Record With Respect To Plaintiff's Motions For TRO/Preliminary Injunction For Counts VIII and IX of Amended Verified Complaint [20] (ECF Nos. 29 & 30) ("Emergency Motion To Supplement Record"), states as follows:

On October 21, 2026, the Court held a hearing on Plaintiff's Emergency Motions for TRO/Preliminary Injunction with respect to Counts VIII and IX of Amended Verified Complaint [20 (ECF Nos. 29 & 30). During the hearing, the Court asked Plaintiff to provide specific citations to case law that supported Plaintiff's legal position that a

"rule" could form the foundation of a protected property interest, and the Court also asked Plaintiff for the citation of the new published Michigan Court of Appeals' opinion Plaintiff referenced during oral argument that held that a person has a statutory legal right under Mich Admin Code, R 168.5 to challenge the validity of a candidate's affidavit of identity. Additionally, the Court asked if Plaintiff made the audio or video recording from the Defendant Wayne County Election Commission's September 8, 2026 meeting part of the record[1].

To address the Court's inquiries and to ensure relevant documents are made part of the record, Plaintiff seeks permission from this Honorable Court to supplement the record with respect to Plaintiff's Emergency Motions for TRO/Preliminary Injunction as to Counts VIII and IX of the amended verified complaint (ECF Nos. 29 & 30), as follows:

1. On October 22, 2026, in response to Plaintiff's written request for copies of the audio and video recordings of the Defendant

---

[1] The draft/proposed minutes from the Defendant Wayne County Election Commission's September 8, 2026 meeting were attached as exhibits to Plaintiff's emergency motions for TRO/Preliminary Injunction (ECF Nos. 29 & 30).

Wayne County Election Commission's September 8, 2026 meeting, which was filed in accordance with Mich.Comp.Laws §§ 15.263a and 15.269 of Michigan's Open Meetings Act (OMA), the Wayne County Clerk, who serves as the Secretary of the Defendant Wayne County Election Commission, provided the following **Zoom link with Passcode** for the Court to access the audio and video recording of the Defendant Wayne County Election Commission's September 8, 2026 meeting. (**See Plaintiff's October 21, 2026 Open Meetings Act (OMA) Request and Defendant Wayne County Election Commission's Response attached**). Zoom link below for the requested recording from Defendant Wayne County Election Commission's September 8th meeting is:

https://waynecounty.zoom.us/rec/share/rj7BCEX01HSmp-W0NGFQ-86CvNBlkadf7_JTScRu1nQQhimy7oqy_Z53uBG3t4Jl.Gdnj8h37Z_i6YV0u

**Passcode**: N$0jXDZV

2. With respect to the Court's request for Plaintiff to cite a published opinion addressing whether a "*rule*" or "practice" could form the foundation of a protected property interest for a due process claim, Plaintiff relies upon the Sixth Circuit holding in *Gunasekera v Irwin*, 551 F.3d 461, 467 (6th Cir. 2009) ("'[R]ules and understandings, promulgated and fostered by state officials' can form the foundation of a protected property interest.") (quoting *Perry v Sindermann,* 408 U.S. 593, 602-602, 92 S.Ct. 2694, 33 L.Ed.2d 570 (1972)).

3. The Court also requested the Plaintiff to provide the Court with the citation of the recently issued published opinion from the Michigan Court of Appeals' opinion that held that a person has a statutory right under Mich Admin Code, R 168.5 to file a sworn complaint challenging the validity of a candidate's affidavit of identity filed pursuant to Mich.Comp.Laws §168.558 of Michigan Election Law. Attached for the Court's review is the published opinion issued by the Michigan Court of Appeals on October 12, 2026 in the election matter of *Davis v Secretary of State*, ____Mich.App.___,_____; _____NW3d _____

(issued October 12, 2026) (Docket No. 380990); slip op at 6 (“**there is a right to challenge an AOI [affidavit of identity] as has been asserted by plaintiff's complaints**.”)

4. Plaintiff has also attached copies of the Defendant Secretary of State’s promulgated rules, Mich Admin Code, R 168.1 through R 168.6, which govern administrative complaints challenging the validity of a candidate’s affidavit of identity filed under Mich.Comp.Laws §168.558 of Michigan Election Law. (**See Defendant Secretary of State’s Promulgated Rules, R 168.1 through 168.6 attached**).

**CONCLUSION**

**WHEREFORE,** for the foregoing reasons, Plaintiff Robert Davis prays that this Honorable Court **GRANTS** his Emergency Motion to Supplement The Record With Respect To Plaintiff's Motions For TRO/Preliminary Injunction For Counts VIII and IX of Amended Verified Complaint [20] (ECF Nos. 29 & 30) and further prays that this Honorable Court accepts for filing the documents referenced and cited herein and attached hereto.

Dated: October 22, 2026

Respectfully submitted,
/s/ROBERT DAVIS
**ROBERT DAVIS, *Pro Se***
Plaintiff
180 Eason
Highland Park, MI 48203
(313) 523-7118
Davisrobert854@gmail.com

**CERTIFICATE OF SERVICE**

I, ROBERT DAVIS, certify that on October 22, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court of the Eastern District of Michigan, using the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses that they have provided to the Court.

Dated: October 22, 2026

Respectfully submitted,
/s/ROBERT DAVIS
**ROBERT DAVIS, *Pro Se***