# OMA and FOIA Requests For Copies of Audio and Video Recordings Of Wayne County Commission's September 8th, 2026 Meeting

Inbox

**Robert Davis** <davisrobert854@gmail.com> Wed, Oct 21, 3:42 PM (23 hours ago)

to Gregory, Jennifer, Rebecca, Cathy, Eric, Judge

Hon. Clerk Garrett, Director Mahar, and Ms. Camargo,

Pursuant to Michigan's Open Meetings Act (OMA) and Freedom of Information Act (FOIA), I am respectfully requesting copies of the following:

1. Copies of any and all audio and video recordings of the Wayne County Election Commission's September 8th, 2026 meeting at which only 2 members were present and the 2 members present voted to authorize the printing of the ballots for the November 3rd General Election.

This request is being made under both the OMA and FOIA. Please send all written responses to this OMA and FOIA request to my email address: davisrobert854@gmail.com.

Respectfully submitted,
Robert Davis
180 Eason
Highland Park, MI 48203

**Robert Davis** <davisrobert854@gmail.com> 11:48 AM (3 hours ago)

to Vincenzo, Susan, Gregory, Rebecca, Cathy, Judge, Eric, Jennifer

Good afternoon, Ms. Camargo and Director Mahar,

I write to remind each of you that I requested copies of the audio and video recordings of the Wayne County Election Commission's September 8th meeting under **BOTH** the Open Meetings Act (OMA) and the Freedom of Information Act (FOIA). The OMA and FOIA have **DIFFERENT** response and disclosure requirements. Under the OMA, the requested audio and video recordings are required to be produced **UPON REQUEST**.

Accordingly, I will be appearing in person at the Wayne County Elections office located on the 5th Floor in CAYMC **around 2:30 p.m. TODAY** and respectfully, I expect to be

provided with the requested audio and video recordings in accordance with the OMA. Thank you.

J

**Jennifer Redmond**

1:03 PM (2 hours ago)

to Vincenzo, me, Gregory, Rebecca, Cathy, Judge, Eric, Susan

Good afternoon,

Please see the zoom link below for the requested recording.

https://waynecounty.zoom.us/rec/share/rj7BCEX01HSmp-W0NGFQ-86CvNBlkadf7_JTScRu1nQQhimy7oqy_Z53uBG3t4Jl.Gdnj8h37Z_i6YV0u
Passcode: N$0jXDZV

Thank you,

*Jennifer Redmond*
*Deputy Director*
*Wayne County Clerk - Elections Division ◊ Coleman A. Young Municipal Center*
*2 Woodward Avenue, Suite 502 ◊ Detroit, MI 48226*
*Phone (313)224-5525*
*Fax (313)224-6424*
*Email: jredmond@waynecountymi.gov*

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable laws. If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and/or reply to this e-mail message. Thank you.

R

**Robert Davis** <davisrobert854@gmail.com>

1:06 PM (2 hours ago)

to Jennifer, Gregory, Rebecca, Vincenzo, Cathy, Judge, Eric, Susan

Ms. Redmond,
Thank you for the link. Much appreciated.

Robert Davis