# STATE OF MICHIGAN

# COURT OF CLAIMS

MICHELLE McQUEER, individually and in her capacity as Bridgwater Township Clerk,

Plaintiff,

and

REPUBLICAN NATIONAL COMMITTEE and MICHIGAN REPUBLICAN PARTY,

Intervening Plaintiffs,

v

Case No. 26-000172-MZ

JOCELYN BENSON, in her official capacity as Michigan Secretary of State, JONATHAN BRATER, in his Official Capacity as Director of Elections, and MICHIGAN DEPARTMENT OF STATE,

Hon. Michael J. Riordan

Defendants.

______________________________________ /

ORDER GRANTING STATEWIDE TRO, MOTIONS TO EXCEED PAGE LIMITS, MOTION TO FILE A REPLY BRIEF, AND MOTION TO FILE A STATEMENT OF INTEREST

On August 27, 2026, the Court entered a temporary restraining order (TRO) directing plaintiff to maintain the electronic pollbook (EPB) from the August 4 Primary Election. In the September 22, 2026 order denying the parties' initial cross-motions for summary disposition, the Court clarified that the TRO also prevented defendants from enforcing Mich Admin Code, R 168.48 against plaintiff pending the resolution of these proceedings. That TRO remains in place.

On October 5, 2026, the Court granted the Republican National Committee (RNC) and Michigan Republican Party (MRP)'s motion to intervene. The Court denied the intervenors' motion for a statewide TRO for the retention of EPBs following the November 3 General Election at that time. The Court does not anticipate the full resolution of this matter before the General Election. Accordingly, the Court now GRANTS the intervenors' motion for a statewide TRO. Defendants are directed to instruct all local election officials to retain the EPBs from the November 3 General Election. The instructions must direct those officials to transfer the EPB from the precinct laptops onto the encrypted flash drives and then to securely store those flash drives until further order of this Court. Defendants are precluded from enforcing Rule 168.48 pending the resolution of this matter.

Further, the Court GRANTS plaintiff's October 7, 2026 motion to exceed the page limit and accepts for filing plaintiff's October 7 motion for summary disposition. The Court GRANTS plaintiff's October 14, 2026 motion to exceed the page limit and accepts for filing plaintiff's October 14 response to defendants' motion for summary disposition. The Court GRANTS plaintiff's October 15, 2026 motion to file a reply brief in support of her motion for summary disposition and accepts that reply brief for filing.

On October 16, 2026, the United States of America moved for leave to file a statement of interest in this action under 28 USC 517. The Court GRANTS that motion and accepts the attached statement of interest for filing.

This is a not a final order resolving all issues in this matter.

Date: 10/27/2026

Michael J. Riordan
Judge, Court of Claims