**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**ROBERT DAVIS,**
Plaintiff,

Case No. 2:26-cv-13454
Hon. Terrence G. Berg
Mag. Judge Kimberly Altman

**v.**

**JOCELYN BENSON**, in her official and individual capacities as the duly elected Secretary of State for the State of Michigan,
**JONATHAN BRATER**, in his official and individual capacities as the duly appointed Director of Michigan Bureau Elections,
**MICHIGAN DEMOCRATIC PARTY,**
**GARLIN GILCHRIST, II,** an individual**,**
**ELI SAVIT,** an individual**,**
**WAYNE COUNTY ELECTION COMMISSION**,
and
**BRENDA GREEN**, in her official and individual capacities, as the duly elected City Clerk for the City of Highland Park,
Defendants.
______________________________________________/

**NOTICE OF APPEAL**

**NOTICE** is hereby given that Plaintiff, Robert Davis, in his own proper person, pursuant to 28 U.S.C. § 1292(a)(1), appeals to the United States Court of Appeals for the Sixth Circuit from the portion of the Order entered in this action on October 26, 2026 **DENYING** Plaintiff's Emergency Motions for Temporary Restraining Order (TRO) **and/or** Preliminary Injunction Under Fed.R.Civ.P. 65 With Respect to Counts VIII and IX of First Amended Verified Complaint [29,30]. ECF No. 55.

*See Overstreet v Lexington-Fayette Urban County Gov't*, 305 F.3d 566, 572 (6th Cir. 2022); see also *Maryville v Baptist Church, Inc.*, 957 F.3d 610, 612 (6th Cir. 2020).

Dated: October 30, 2026

Respectfully submitted,
/s/ ROBERT DAVIS
**ROBERT DAVIS, *Pro Se***
Plaintiff
180 Eason
Highland Park, MI 48203
(313) 523-7118
Davisrobert854@gmail.com

## CERTIFICATE OF SERVICE

I, ROBERT DAVIS, certify that on October 30, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court of the Eastern District of Michigan, using the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses that they have provided to the Court.

Dated: October 30, 2026

Respectfully submitted,
/s/ROBERT DAVIS
**ROBERT DAVIS, *Pro Se***
Plaintiff
180 Eason
Highland Park, MI 48203
(313) 523-7118
Davisrobert854@gmail.com