UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robert Davis [E−filer],

Plaintiff(s),

v.

Case No. 2:26−cv−13454−TGB−KGA
Hon. Terrence G. Berg

Jocelyn Benson, et al.,

Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street, Fifth Floor
Cincinnati, OH 45202−3988

and all interested parties, by electronic means or first class U.S. mail, on October 30, 2026.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ J Parker
Deputy Clerk

Dated: October 30, 2026